IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00464-REB-CBS
(Consolidated with Civil Action Nos. 02-RB-470, 02-RB-482, 02-RB-602, 02-RB-714, 02-RB-2120)

**In Re QWEST SAVINGS AND INVESTMENT PLAN ERISA LITIGATION**
_____

**ORDER OF DISMISSAL OF
PLAINTIFFS' CLAIMS AGAINST DEFENDANT JORDAN L. HAINES**
_____

**Blackburn, J.**

On April 20, 2006, the plaintiffs filed an **Unopposed Motion to Dismiss Claims Against Defendant Jordan L. Haines** [#374].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiffs' claims against defendant Jordan L. Haines should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion to Dismiss Claims Against Defendant Jordan L. Haines** [#374] filed on April 20, 2006, **IS GRANTED**;

2.  That the plaintiffs' claims against defendant Jordan L. Haines **ARE DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

      3. That defendant Jordan L. Haines is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 21, 2006, at Denver, Colorado.

                                 **BY THE COURT:**

                                 **s/ Robert E. Blackburn**
                                 **Robert E. Blackburn**
                                 **United States District Judge**