IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00464-REB-CBS
(Consolidated with Civil Action Nos. 02-RB-470, 02-RB-482, 02-RB-602, 02-RB-714, 02-RB-2120)

**In Re QWEST SAVINGS AND INVESTMENT PLAN ERISA LITIGATION**
_____

MINUTE ORDER[1]
_____

  Plaintiff's Amended Motion to Certify Class [#285], filed October 29, 2004, is DENIED as moot, in light of the proposed settlement that is pending approval.

Dated: August 8, 2006
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

-1-