UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge

Civil Case No. 02-cv-00464-REB-CBS

(Consolidated with Civil Action Nos. 02-RB0470, 02-RB-482, 02-RB-602, 02-RB-714)

**In re QWEST SAVINGS AND RETIREMENT PLAN ERISA LITIGATION**

**ORDER AMENDING PRELIMINARY APPROVAL ORDER**

**Blackburn, J.**

This matter is before me on the following motions: 1) Lead Plaintiffs' **Unopposed Motion to Amend the Order of Preliminary Approval Concerning Scheduling** [#390]; and 2) Lead Plaintiffs' **Unopposed Motion to Amend the Order of Preliminary Approval Concerning Scriveners' Issues** [#391], both filed August 16, 2006. Both motions are unopposed, and both motions are granted.

On July 26, 2006, I entered an order [#388] approving preliminarily, *inter alia*, the proposed settlement in this case and the form and manner of notice to be given to the plaintiff class (Preliminary Approval Order). The Lead Plaintiffs seek an order changing the scheduled date for the settlement hearing, which currently is set for October 27, 2006, at 1:30 p.m. November 17, 2006, is available on the court's calendar and the parties have indicated that this date is acceptable to them.

In addition, the Lead Plaintiffs seek two amendments to the Preliminary Approval Order related to the court's approval of the content the Notices attached to the Preliminary Approval Order as Exhibits A-1 and A-2. Specifically, the Lead Plaintiffs

seek to have the following subparagraphs added to paragraph number four (4) of the Preliminary Approval Order [#388], which appears on pages two and three of that order:

> 4. a. The forms of Notice attached in Exhibits A-1 and A-2 shall be conformed to this paragraph 4 by deleting references in those exhibits that set the date for recipients to submit objections or responses based on "postmarked" dates. Instead, the Notices shall state that such responses or objections must be received by the Court and Parties fourteen (14) days prior to the Settlement Hearing.
>
> b. The form of notice provided in Exhibit A-1 shall be amended such that the last line of Paragraph 10.A. **Net Loss Calculation** shall read, "2004 (inclusive) **LESS** the value of your interest in the Qwest Shares Fund or QCII stock on January 12, 2004."

I conclude that these corrections will clarify the notices.

**THEREFORE, IT IS ORDERED** follows:

1. That the Lead Plaintiffs' **Unopposed Motion to Amend the Order of Preliminary Approval Concerning Scheduling** [#390], filed August 16, 2006, is **GRANTED**;

2. That the Preliminary Approval Order [#388], filed July 26, 2006, is **AMENDED** to set the Settlement Hearing on November 17, 2006, at 1:30 p.m.;

3. That the Lead Plaintiffs shall **AMEND** all notices previously approved by the court to show November 17, 2006, at 1:30 p.m., as the date for the Settlement Hearing;

4. That the Lead Plaintiffs' **Unopposed Motion to Amend the Order of Preliminary Approval Concerning Scriveners' Issues** [#391], filed August 16, 2006, is **GRANTED**;

5. That the Preliminary Approval Order [#388], filed July 26, 2006, is **AMENDED** to add two subparagraphs to paragraph number four (4) of the Preliminary Approval Order [#388], which appears on pages two and three of that order;

6. That these two, added subparagraphs shall read as follows:

> 4.  a. The forms of Notice attached in Exhibits A-1 and A-2 shall be conformed to this paragraph 4 by deleting references in those exhibits that set the date for recipients to submit objections or responses based on "postmarked" dates. Instead, the Notices shall state that such responses or objections must be received by the Court and Parties fourteen (14) days prior to the Settlement Hearing.
>
> b. The form of notice provided in Exhibit A-1 shall be amended such that the last line of Paragraph 10.A. **Net Loss Calculation** shall read, "2004 (inclusive) **LESS** the value of your interest in the Qwest Shares Fund or QCII stock on January 12, 2004."

7. That the Lead Plaintiffs shall **AMEND** all notices previously approved by the court to include the language required under the two, added subparagraphs described in paragraph six (6), above;

8. That to the extent necessary to implement this order, the court's Preliminary Approval Order [#388], filed July 26, 2006, is **AMENDED** as stated in this order;

9. That otherwise the Preliminary Approval Order [#388], filed July 26, 2006, shall remain in full force and effect.

Dated August 17, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**