IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00464-REB-PAC
 (Consolidated with Civil Action Nos. 02-RB-470, 02-RB-482, 02-RB-602, 02-RB-714)

**In re: QWEST SAVINGS AND RETIREMENT PLAN ERISA LITIGATION**
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

　　　　IT IS HEREBY **ORDERED** that the Motion for Withdrawal of Appearance of Bruce F. Black [filed September 14, 2006; Doc. No. 399] is **GRANTED.** Bruce F. Black is permitted to withdraw as counsel of record for defendants Philip F. Anschutz and Craig D. Slater. Martin D. Litt shall continue to represent defendants Philip F. Anschutz and Craig D. Slater.

Dated:  September 15, 2006